# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1749

_____

Rene D. Meyer

*Plaintiff - Appellant*

v.

Judge Craig A. Pfeifle; Judge Matthew M. Brown; Judge Heidi L. Linngren; City of Rapid City, (INC); Pennington County, (INC); Pennington County States Attorneys Office; Mark Vargo; State of South Dakota, (INC); Jason Ravnsborg, In his official capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: January 21, 2020
Filed: January 24, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and KELLY, Circuit Judges.

_____

PER CURIAM.

Rene Meyer appeals the district court's[1] dismissal of her action, claiming violations of her rights stemming from her divorce and from state criminal proceedings against her. After careful de novo review, we conclude that dismissal was proper for the reasons stated by the district court. See Seldin v. Seldin, 879 F.3d 269, 272 (8th Cir. 2018) (de novo review of grant of Fed. R. Civ. P. 12(b)(1) motion); Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (de novo review of grant of Fed. R. Civ. P. 12(b)(6) motion). Accordingly, we affirm. See 8th Cir. R. 47B.

—————————————————

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.